**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JASON GRAYSON, | ) | NO. CV 14-536-E |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RANDY GROUNDS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Denying and Dismissing Second Amended Petition for Writ of Habeas Corpus with Prejudice,

IT IS ADJUDGED that the Second Amended Petition is denied and dismissed with prejudice.

DATED: January 26, 2017.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE